UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINGHAM FOX, RANDALL FOX,<br><br>Defendants. | NO. CR16-100RSL<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on defendants' motion to continue the trial date and pretrial motions due date. Dkt. # 23. Although the motion was styled as an "unopposed joint" motion, the government submitted a brief in response that clarified the points with which it agreed. Dkt. # 25. Having considered the parties' briefs and the remainder of the record, the Court incorporates by reference the facts set forth in defendants' motion and finds as follows:

1. A failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. In addition, the failure to grant a continuance would result in a miscarriage of justice, as contemplated under 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued from June 20, 2016, to October 31, 2016 at 9:00 a.m. All pretrial motions, including motions in limine,

ORDER - 1

1  shall be filed no later than August 29, 2016.  Responses shall be filed no later than September
2  26, 2016.
3       IT IS FURTHER ORDERED that the period of time from the date of this order through
4  the new trial date of October 31, 2016, shall be excludable time pursuant to the Speedy Trial
5  Act, 18 U.S.C. § 3161, et seq.

7       DATED this 17th day of May, 2016.

         *[signature]*
         Robert S. Lasnik
         United States District Judge

28 ORDER - 2