Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINGHAM FOX, and,<br>RANDALL FOX,<br><br>Defendants. | No.  CR16-100RSL<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO CONTINUE TRIAL |

THE COURT having considered the defendants' motion to continue the trial date, the government's response in opposition, the parties' argument, and the records and files herein, the Court incorporates by reference the facts set forth in the briefing and makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective

trial preparation and that these factors outweigh the best interests of the defendants and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that Defendants' motion is GRANTED. The trial date in this matter is continued from October 31, 2016, to March 20, 2017 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of March 20, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 26th day of October, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge