|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |
| 2 | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | NO. CR16-100RSL |
| v. | **CASE SCHEDULING ORDER** |
| BINGHAM AND RANDALL FOX, | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion for a Case Scheduling Order and finding that the proposed schedule below will promote judicial economy, avoid undue surprises and delays, and ensure the upcoming trial of this matter proceeds efficiently, hereby grants the aforementioned motion. It is therefore ORDERED that the parties shall observe the following complex case schedule:

Case Scheduling Order/Fox
CR16-100(RSL) - Page 1

U.S. DEP'T OF JUSTICE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0739

| Event | Date |
|---|---|
| Parties to file Proposed Jury Instructions | February 13, 2017 |
| Status Conference | February 28, 2017, 1:30p.m. |
| Parties to file Stipulations, Trial Briefs, Proposed Voir Dire, Witness Lists, Exhibit Lists, and Jencks/Rule 26.2 Disclosures | March 3, 2017 |
| Trial to begin | March 20, 2017 |

DATED: February 14, 2017.

_____
Robert S. Lasnik
United States District Judge

Case Scheduling Order/Fox
CR16-100(RSL) - Page 2

U.S. DEP'T OF JUSTICE
P.O. Box 7611
Washington, D.C.  20044
(202) 305-0739

Presented by:

/s/ Todd W. Gleason
Senior Trial Attorney
Environmental Crimes Section

/s/ Stephen Da Ponte
Trial Attorney
Environmental Crimes Section


Per e-mail authorization
/s/ Barry Flegeneimer
Attorney for Defendant Bingham Fox

Per e-mail authorization
/s/ Dennis Carroll
Attorney for Defendant Randall Fox


Per e-mail authorization
/s/ Vanessa Pai-Thompson
Attorney for Defendant Randall Fox

Case Scheduling Order/Fox
CR16-100(RSL) - Page 3

U.S. DEP'T OF JUSTICE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0739