The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BINGHAM FOX,<br>RANDALL FOX,<br><br>　　　　Defendants. | NO. CR16-100RSL<br><br>ORDER EXTENDING CASE<br>SCHEDULING ORDER DEADLINE |

THE COURT has considered the stipulated motion to extend the deadline for filing Voir Dire, Witness Lists and Exhibit Lists, and completing Jencks/Rule 26.2 disclosures set by this Court, Dkt. 107, and the record in this matter. Based upon that review, the Court finds that extending the above-listed deadline from March 3, 2017 to March 8, 2017 will afford the parties necessary time to discuss and attempt to resolve outstanding issues and to prepare the listed filings.

IT IS THEREFORE ORDERED that the deadline for filing Voir Dire, Witness Lists and Exhibit Lists, and completing Jencks/Rule 26.2 disclosures is extended to March 8, 2017.

DONE this 2nd day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING CASE
SCHEDULING ORDER DEADLINE - 1
*USA v. Fox /* CR16-100RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by:

s/ Dennis Carrol
s/ Vanessa Pai-Thompson
Assistant Federal Public Defenders
Attorneys for Randall Fox

Per e-mail authorization
s/ Barry Flegenheimer
Attorney for Bingham Fox

Per e-mail authorization
s/ Todd W. Gleason
Senior Trial Attorney
Environmental Crimes Section

Per e-mail authorization
s/ Stephen Da Ponte
Trial Attorney
Environmental Crimes Section

ORDER EXTENDING CASE
SCHEDULING ORDER DEADLINE - 2
*USA v. Fox /* CR16-100RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**