The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>BINGHAM FOX,<br><br>    Defendant. | NO. CR16-100 (RSL)<br><br>ORDER TO SEAL |

Having read the Government's Notice of Fifth Amendment Concerns in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that its Notice be allowed to remain under seal,

It is hereby ORDERED that the Government's Notice of Fifth Amendment Concerns in this matter shall remain sealed.

DATED this 20th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL
Bingham Fox/CR16-100 (RSL) - Page 1