Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR16-100RSL |
| v. | ORDER SEALING |
| BINGHAM FOX, | |
| Defendant. | |

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Defendant's Objection to United States' Notice of Fifth Amendment Concerns and Motion to Compel Use Immunity.

It is hereby ORDERED that the Objection to United States' Notice of Fifth Amendment Concerns and Motion to Compel Use Immunity, shall be and remain sealed.

DATED this 20th day of March, 2017.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge