The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-100 (RSL) |
| Plaintiff | |
| v. | ORDER TO SEAL |
| BINGHAM FOX, | |
| Defendant. | |

Having read the Government's "Response to Defendant's Objections & Motion to Compel Use Immunity" in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that its Notice be allowed to remain under seal,

It is hereby ORDERED that the Government's "Response to Defendant's Objections and Motion to Compel Use Immunity" in this matter shall remain sealed.

DATED this 20th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge