UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.S.
,
Plaintiff,

vs.

Fox
,
Defendant.

No. CR16-100 RSL

Inquiry from the Jury and
Court's Response

**JURY INQUIRY:**

Please see video of Fox interview in engine room.
Please share formal definition of "slop" if it exists

_____    3/29/17  3:58pm
PRESIDING JUROR           DATE AND TIME

**COURTS RESPONSE:** (After affording all counsel\parties opportunity to be heard):

As used in Ex. 551 the reference to "slop" means oily mixtures as defined in Instruction No. 21.

_____
JUDGE

DATE AND TIME RETURNED TO JURY: March 30, 2017 at 9:50 am

*DO NOT DESTROY*