UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BINGHAM FOX,<br><br>　　　　　　Defendant. | Case No. CR16-100RSL<br><br>VERDICT FORM |

WE, the JURY, unanimously find as follows:

As to the charge of conspiracy to violate the Clean Water Act and the Act to Prevent Pollution from Ships, we find the defendant, BINGHAM FOX,

NOT GUILTY __X__      GUILTY _____

As to the charge of violating the Clean Water Act, we find the defendant, BINGHAM FOX,

NOT GUILTY _____      GUILTY __X__

DATED this 30 day of March, 2017.

_____
Presiding Juror