# UNITED STATES V. BINGHAM FOX

# CR16-100RSL

# Trial Exhibit List

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| 1. | | Videos of overboard discharge from Native Sun | |
| a. | NATIVESUN000125 | Clip 1A | 3/22/17 |
| b. | NATIVESUN000126 | Clip 1B | 3/22/17 |
| c. | NATIVESUN000127 | Clip 1C | 3/22/17 |
| 2. | NATIVESUN000130 | Video recording of Bingham Fox interview | 3/22/17 |
| 3. | NATIVESUN000328 | Video of Randall Fox explaining GPS coordinates (No audio) | 3/22/17 |
| 4. | NATIVESUN000444 | Video of Native Sun with crew (No audio) | 3/22/17 |
| 5. | | Videos of Native Sun engine room | |
| a. | NATIVESUN000251 | Clip 1 | |
| b. | NATIVESUN000252 | Clip 2 | |
| c. | NATIVESUN000258 | Clip 3 | |
| 6. | | Videos of sump pump | |
| a. | NATIVESUN000263 | Clip 1 | |
| b. | NATIVESUN000264 | Clip 2 | |
| 7. | | Videos of Native Sun wheelhouse | |
| a. | NATIVESUN000128 | Clip 1 | |
| b. | NATIVESUN000129 | Clip 2 | |
| 8. | | Audio recordings of Randall Fox | |
| a. | NATIVESUN000366 | 1st interview | |
| b. | NATIVESUN000371 | 2nd interview | |
| 9. | NATIVESUN000410 | Audio recording of Bingham Fox's phone interview | |
| 10. | NATIVESUN000367 | Audio recording of Jon Byrd interview | |

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| 11. | NATIVESUN000368 | Audio recording of Ian Foster interview | |
| 12. | NATIVESUN000369 | Audio recording of Gary Serwold interview | |
| 13. | NATIVESUN000370 | Audio recording of Joshua Troyswan interview | |
| | | | |
| 14. | | Photographs of Native Sun | |
| a. | NATIVESUN000143 | Photograph of Native Sun wheelhouse exit | 3/22/17 |
| b. | NATIVESUN000144 | Photograph of Native Sun wheelhouse exit | 3/22/17 |
| c. | NATIVESUN000146 | Photograph of Native Sun deck | 3/22/17 |
| d. | NATIVESUN000454 | Photograph of Native Sun wheelhouse exit | 3/22/17 |
| e. | NATIVESUN000458 | Photograph of Native Sun aft deck | 3/22/17 |
| 15. | | Photographs of blue hose | |
| a. | NATIVESUN000149 | Photograph of blue hose going overboard | 3/22/17 |
| b. | NATIVESUN000153 | Photograph of blue hose coming from inside the house | 3/22/17 |
| c. | NATIVESUN000155 | Photograph of blue hose going into the Native Sun engine room | 3/22/17 |
| d. | NATIVESUN000156 | Photograph of blue hose going into the Native Sun engine room | 3/22/17 |
| e. | NATIVESUN000157 | Photograph of blue hose going into the Native Sun engine room bilge | 3/22/17 |
| f. | NATIVESUN000158 | Photograph of blue hose coming from inside the house | 3/22/17 |
| g. | NATIVESUN000159 | Photograph of blue hose going into the Native Sun engine room | 3/22/17 |
| h. | NATIVESUN000160 | Photograph of blue hose going into the Native Sun engine room bilge | 3/22/17 |
| i. | NATIVESUN000161 | Photograph of blue hose going into the Native Sun engine room bilge | 3/22/17 |
| j. | NATIVESUN000162 | Photograph of blue hose attached to sump pump #1 in the Native Sun engine room bilge | 3/22/17 |
| k. | NATIVESUN000163 | Photograph of blue hose attached to sump pump #1 in the Native Sun engine room bilge | 3/22/17 |
| l. | NATIVESUN000164 | Photograph of blue hose attached to sump pump #1 in the Native Sun engine room bilge | 3/22/17 |
| m. | NATIVESUN000165 | Photograph of blue hose going into the Native Sun engine room bilge | 3/22/17 |
| n. | NATIVESUN000172 | Photograph of blue hose going overboard | 3/22/17 |

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| o. | NATIVESUN000274 | Photograph of residues inside blue hose | 3/22/17 |
| p. | NATIVESUN000275 | Photograph of residues inside blue hose | 3/22/17 |
| q. | NATIVESUN000276 | Photograph of residues inside blue hose | 3/22/17 |
| r. | NATIVESUN000502 | Photograph of blue hose going into the Native Sun engine room bilge | 3/22/17 |
| 16. | | Photographs of orange hose | |
| a. | NATIVESUN000179 | Photograph of orange hose from insulation to deck fitting going into the Native Sun engine room | 3/22/17 |
| b. | NATIVESUN000181 | Photograph of orange hose | 3/22/17 |
| c. | NATIVESUN000191 | Photograph of orange hose attached to sump pump #2 in the Native Sun engine room bilge | 3/22/17 |
| d. | NATIVESUN000192 | Photograph of orange hose attached to sump pump #2 | 3/22/17 |
| e. | NATIVESUN000194 | Photograph of orange hose attached to sump pump #2 | 3/22/17 |
| f. | NATIVESUN000218 | Photograph of orange hose | 3/22/17 |
| g. | NATIVESUN000219 | Photograph of orange hose | 3/22/17 |
| h. | NATIVESUN000286 | Photograph of residues inside orange hose | 3/22/17 |
| i. | NATIVESUN000287 | Photograph of residues inside orange hose | 3/22/17 |
| 17. | | Photographs of both hoses | |
| a. | NATIVESUN000188 | Photograph of both hoses | 3/22/17 |
| b. | NATIVESUN000197 | Photograph of both hoses going into the Native Sun engine room bilge | 3/22/17 |
| c. | NATIVESUN000198 | Photograph of both hoses going into the Native Sun engine room bilge | 3/22/17 |
| d. | NATIVESUN000200 | Photograph of both hoses going into the Native Sun engine room bilge | 3/22/17 |
| e. | NATIVESUN000648 | Photograph of Native Sun | 3/22/17 |
| 18. | | Photographs of Native Sun engine room exit | |
| a. | NATIVESUN000213 | Photograph of Native Sun engine room exit | 3/22/17 |
| b. | NATIVESUN000215 | Photograph of Native Sun engine room exit ladder well | 3/22/17 |
| 19. | | Photographs of oil sample | |
| a. | NATIVESUN000292 | Photograph of oil sample | 3/22/17 |

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| b. | NATIVESUN000293 | Photograph of oil sample | 3/22/17 |
| c. | NATIVESUN000294 | Photograph of oil sample | 3/22/17 |
| d. | NATIVESUN000297 | Photograph of oil sample | 3/22/17 |
| 20. | | Photographs of sump pumps | |
| a. | NATIVESUN000227 | Photograph of Native Sun crew and sump pump #2 | 3/22/17 |
| b. | NATIVESUN000247 | Photograph of sump pump #2 | 3/22/17 |
| c. | NATIVESUN000248 | Photograph of sump pump #2 | 3/22/17 |
| d. | NATIVESUN000249 | Photograph of residues on sump pump #2 | 3/22/17 |
| e. | NATIVESUN000250 | Photograph of residues on sump pump #2 | 3/22/17 |
| f. | NATIVESUN000259 | Photograph of sump pumps and hoses | 3/22/17 |
| g. | NATIVESUN000260 | Photograph of sump pumps and hoses | 3/22/17 |
| h. | NATIVESUN000262 | Photograph of sump pumps and hoses | 3/22/17 |
| i. | NATIVESUN000277 | Photograph of sump pump #1 | 3/22/17 |
| j. | NATIVESUN000278 | Photograph of sump pump #1 | 3/22/17 |
| k. | NATIVESUN000279 | Photograph of sump pump #1 | 3/22/17 |
| l. | NATIVESUN000280 | Photograph of sump pump # 1 and blue hose | 3/22/17 |
| m. | NATIVESUN000281 | Photograph of sump pump #2 | 3/22/17 |
| n. | NATIVESUN000283 | Photograph of sump pump #2 | 3/22/17 |
| o. | NATIVESUN000284 | Photograph of sump pump #2 | 3/22/17 |
| 21. | NATIVESUN000270 | Photograph of United States Coast Guard (USCG) placard | 3/22/17 |
| 22. | NATIVESUN000299 | Photograph of Bingham Fox's phone number | 3/22/17 |
| 23. | NATIVESUN000309 | Photograph of oil residue | 3/22/17 |
| 24. | NATIVESUN000317 | Overview photograph of Native Sun | 3/22/17 |
| 25. | NATIVESUN_GJ000023 | Bingham Fox's Certified Grand Jury Subpoena Response | 3/22/17 |
| a. | NATIVESUN_GJ000006-NATIVESUN_GJ000007 | Cover letter from Bingham Fox responding to Grand Jury Subpoena | 3/22/17 |
| b. | NATIVESUN_GJ000009 | Philip Services Corp. Invoice for "Bilge Cleaned 04/17/13." | 3/22/17 |

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| c. | NATIVESUN_GJ000017 | Marine Vacuum Service, Inc. Invoice for "Bilge Cleaned and pumped 10/9/13." | 3/22/17 |
| 26. | NATIVESUN_GJ000060 | Walsh Marine Invoice to Native Sun/Bingham Fox dated 10/8/2011 | |
| 27. | NATIVESUN_GJ000090 | Walsh Marine Certified Grand Jury Subpoena Response | |
| 28. | NATIVESUN000131 | Coast Guard Investigative Service (CGIS) Evidence Custody Form | |
| | | | |
| 29. | NATIVESUN000133-NATIVESUN000137 | Oil Sample Analysis Report (MSL) | 3/23/17 |
| a. | | Oil Sample 13-216-001, Bilge – Engine Room | 3/23/17 |
| aa. | | Extract of 29a. | 3/23/17 |
| b. | | Oil Sample 13-216-002, Bilge – Engine Room | 3/23/17 |
| bb. | | Extract of 29b. | 3/23/17 |
| c. | | Oil Sample 13-216-003, Blue Hose - inside | 3/23/17 |
| cc. | | Extract of 29c. | 3/23/17 |
| d. | | Oil Sample 13-216-004, Pump attached to blue hose | 3/23/17 |
| dd. | | Extract of 29d. | 3/23/17 |
| e. | | Oil Sample 13-216-005, Pump attached to gray hose | 3/23/17 |
| ee. | | Extract of 29e. | 3/23/17 |
| f. | | Oil Sample 13-216-006, Inside gray hose | 3/23/17 |
| ff. | | Extract of 29f. | 3/23/17 |
| g. | | 15 PPM Sample (illustrative only) | |
| 30. | NATIVESUN000363-NATIVESUN000365 | Vessel Critical Profile | 3/22/17 |
| 31. | NATIVESUN000411-NATIVESUN000412 | Bill of Sale for Native Sun | 3/22/17 |
| 32. | NATIVESUN000413 | Bill of Sale for Nakoa Maluhia | 3/22/17 |
| 33. | NATIVESUN000693-NATIVESUN000766 | The Ship's Log | 3/22/17 |
| 34. | NATIVESUN000767-NATIVESUN000774 | Chain of Custody Records | |
| 35. | NATIVESUN000814-NATIVESUN000821 | Application for Commercial Fishery License for the Year 2014 - Native Sun | 3/22/17 |

| NO. | | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|
| 36. | NATIVESUN001911-NATIVESUN002066 | USCG Marine Safety Laboratory evidence records | |
| 37. | FOX0359 | Correspondence regarding Mr. Bingham Fox's insurance claim for pollution incidents | |
| 38. | Physical Exhibit | Submersible pump #1 | 3/22/17 |
| 39. | Physical Exhibit | Submersible pump #2 | 3/22/17 |
| 40. | Physical Exhibit | Blue hose | 3/22/17 |
| 41. | Physical Exhibit | Orange hose | 3/22/17 |
| 42. | Federal Regulations | 33 C.F.R. § 151 – Vessels carrying oil, noxious liquid substances, garbage, municipal or commercial waste, and ballast water | |
| 43. | Federal Regulations | 33 C.F.R. § 155 – Oil or hazardous material pollution prevention regulations for vessels | |
| 44. | Federal Regulations | 46 C.F.R. § 28 – Requirements for commercial fishing industry vessels | |
| 45. | Federal Regulations | 46 C.F.R. § 162 – Engineering equipment | |
| 46. | | Drawing by Zavala | |

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 500 | Blaine Harbor Initial Oil Spill Reports | FOX0001-0147 | 3/28/17 |
| 501 | Harbor Enterprises Receipts | FOX0150-0152 | |
| 502 | NAPA Auto Parts Receipt | FOX0158 | |
| 503 | PetroClean Invoice | FOX0162 | 3/28/17 |
| 504 | Philip Services Corp. Invoice | FOX0163 | 3/28/17 |
| 505 | Tri-County Diesel Marine Inc. Invoice 5/23/2012 | FOX0165 | |
| 506 | Tri-County Diesel Marine Inc. Invoice 6/2/2012 | FOX0166 | |
| 507 | Yorkston Oil Co., Inc. Invoice 2/1/2013 | FOX0167-0168 | |
| 508 | Yorkston Oil Co., Inc. Invoice 2/27/2013 | FOX0169-0170 | |
| 509 | Aerial Photo of Blaine Harbor | FOX0268 | 3/28/17 |
| 510 | Photo of Blaine Harbor Disposal Area | FOX0269 | 3/28/17 |
| 511 | Photo of Blaine Harbor Oil Dump Station | FOX0270 | 3/28/17 |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 2 of 10

**Bell Flegenheimer**
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 512 | Blaine Harbor Placard at Oil Dump Station for Customers Use | FOX0271 | 3/28/17 |
| 513 | Photo of Blaine Harbor Oil Dump Station | FOX0272 | |
| 514 | Photo of Blaine Harbor Oil Dump Station | FOX0273 | |
| 515 | E.C. Comings & Son, LLC Survey of Native Sun (515.013 only) | FOX0275-0298 | 3/23/17 |
| 516 | Letter from Department of Labor & Industries | FOX0299-0300 | |
| 517 | LFS Inc. Invoice 8/3/2013 | FOX0454 | 3/28/17 |
| 518 | USCG Memorandum of Activity re: Records Review – Oil Spill Reports Blaine Marina | NATIVESUN000002 | |
| 519 | USCG Memorandum of Activity re: Witness Interview – Andy Peterson | NATIVESUN000004 | |
| 520 | USCG Memorandum of Activity re: Subject Interview – Bingham Fox | NATIVESUN000071-000072 | |
| 521 | USCG Memorandum of Activity re: Witness Interview – Christopher Harden | NATIVESUN000073-000074 | |
| 522 | USCG Affidavit Form – Christopher Harden | NATIVESUN000075-000076 | |
| 523 | USCG Memorandum of Activity re: Telephone Contact – Sandra Evans | NATIVESUN000079 | |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 3 of 10

**Bell Flegenheimer**
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 524 | USCG Memorandum of Activity re: Witness Interview – Anthony Zavala | NATIVESUN000081-000082 | |
| 525 | USCG Affidavit Form – Anthony Zavala | NATIVESUN000083-000086 | |
| 526 | USCG Memorandum of Activity re: Witness Interview – Joshua Troyswan | NATIVESUN000090 | |
| 527 | USCG Memorandum of Activity re: Witness Interview – Gary Serwold | NATIVESUN000091 | |
| 528 | USCG Memorandum of Activity re: Witness Interview – Ian Foster | NATIVESUN000092 | |
| 529 | USCG Memorandum of Activity re: Witness Interview – John Byrd | NATIVESUN000093 | |
| 530 | Photo Native Sun Deck Pump for Bilge and Deck Wash | NATIVESUN000235 | 3/22/17 |
| 531 | Photo Native Sun Chalkboard with Contact Information | NATIVESUN000300 | |
| 532 | Photo Native Sun Fishing Vessel Safety Inspection Placard | NATIVESUN000301 | 3/22/17 |
| 533 | Photo Native Sun Fishing Vessel Safety Inspection Placard | NATIVESUN000302 | |
| 534 | Photo of Barrels on Shore | NATIVESUN000318 | 3/28/17 |
| 535 | Photo of Monitor with Close-Ups of Sites | NATIVESUN000331 | 3/22/17 |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 4 of 10

Bell Flegenheimer
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 536 | Statement of Gary Medina | NATIVESUN000333-000335 | |
| 537 | USCG Activity Summary Report re: 3/15/2013 Inspection | NATIVESUN000390-000392 | |
| 538 | Statement of Gary Medina | NATIVESUN000403-000405 | |
| 539 | Investigator Statement Form of Darryl Harvey | NATIVESUN000406-000407 | |
| 540 | USCG Order 10-13 re: Vessel Deficiencies | NATIVESUN000408-000409 | |
| 541 | USCG Investigative Action Report re: Interview of Christopher Harden and Anthony Zavala | NATIVESUN000414-000414.0004 | |
| 542 | USCG MISLE Activity Log for Native Sun | NATIVESUN000418-000419 | |
| 543 | USCG Investigative Action Report re: Subsequent Interview of Christopher Harden | NATIVESUN000434-000436 | |
| 544 | Photo Native Sun Engine Room | NATIVESUN000481 | 3/22/17 |
| 545 | Photo Native Sun Bilge Pump with Sorbent Pad | NATIVESUN000561 | |
| 546 | Photo Native Sun | NATIVESUN000574 | 3/23/17 |
| 547 | Native Sun Discharge of Oil Prohibited Placard | NATIVESUN000577 | |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 5 of 10

**Bell Flegenheimer**
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 548 | Photo of Covered Barrels On Shore | NATIVESUN000626 | |
| 549 | USCG Order 39-13 Cancelled | NATIVESUN000664-665 | |
| 550 | Email regarding F/V Native Sun | NATIVESUN000666-000667 | |
| 551 | USCG Commercial Fishing Vessel Safety Examination 3/14/2013 | NATIVESUN000675-000686 | 3/28/17 |
| 552 | Statement of Gary Medina | NATIVESUN000793-000795 | |
| 553 | USCG Responder Statement Form of Scott Wingfield | NATIVESUN000797 | |
| 554 | Statement of John Turner | NATIVESUN000813 | |
| 555 | Email regarding Harden criminal history check | NATIVESUN000940 | |
| 556 | Email identifying "Rick Van" as the whistleblower interviewer | NATIVESUN001087 | |
| 557 | NNSV Query Result re: Charles Craig | NATIVESUN001756-001760 | |
| 558 | NNSV Query Result re: Christopher Harden | NATIVESUN001761-001773 | |
| 559 | USCG Investigative Action Report NCIC re: Christopher Harden, Anthony Zavala, Chip Craig | NATIVESUN001774-001775 | |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 6 of 10

**Bell Flegenheimer**
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 560 | NNSV Query Result re: Anthony Zavala | NATIVESUN001776-001779 | |
| 561 | Transcript of Grand Jury Testimony of Richard Vanlandingham | NATIVESUN002075-002131 | |
| 562 | Handwritten Notes of Christopher Harden Interview | NATIVESUN002132-002143 | |
| 563 | Handwritten Notes of Teleconference with AUSA Jim Oesterle | NATIVESUN002156-002164 | |
| 564 | Handwritten Notes of Interview of Bingham Fox | NATIVESUN002165-002181 | |
| 565 | Handwritten Notes of Conversation with Gary Medina and his interviews of the crew on 9/8/2013 | NATIVESUN002182-002196 | |
| 566 | Declaration of Richard Vanlandingham | Docket 50 | |
| 567 | Transcript of Evidentiary Hearing Testimony of Richard Vanlandingham | Docket 102 | |
| | **ADDITIONAL EXHIBITS** | | |
| 568 | Walsh Site Inspection Reports | FOX0489-653 | |
| 569 | Enlargement from Exh. 515 page 21 | FOX0654 | |
| 570 | Enlargement from Exh. 515 page 11 | FOX0655 | 3/23/17 |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 7 of 10

**Bell Flegenheimer**
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 572 | Photo of Placard in Galley – Screenshot taken from Exh.1 b | FOX0656 | 3/22/17 |
| 573 | Picture of Zcare bottle | FOX0657 | |
| 574 | Native Sun LLC Waivers | FOX0658 - 0664 | |
| 575 | Zavala Pay Check | FOX0665 | 3/22/17 |
| 576 | Zavala Criminal History | NATIVESUN000003 | |
| 577 | Vanlandingham's Report | NATIVESUN000007 | |
| 578 | Picture of fixed bilge/wash pump | NATIVESUN000205 | 3/22/17 |
| 579 | Wingfield Email | NATIVESUN000415-000416 | |
| 580 | Photo of fixed bilge/wash pump | NATIVESUN000515 | 3/23/17 |
| 581 | Photo of pump with float | NATIVESUN000559 | |
| 582 | Photo of green deck hose | NATIVESON000590 | |
| 583 | Trotter Handwritten Notes | NATIVESUN002144-002155 | |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 8 of 10

Bell Flegenheimer
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777

| EXH. NO. | DESCRIPTION | BATES | ADMITTED |
|---|---|---|---|
| 584 | CGIS Action Report 3/3/17 | NATIVESUN002701-002703 | |
| 585 | Bottle of ZCare | | 3/29/17 |
| 586 | Photo of Native Sun | | 3/28/17 |
| 587 | Photo of Native Sun | | 3/28/17 |
| 588 | Photo of Native Sun | | 3/28/17 |
| 589 | Photo of Native Sun | | 3/28/17 |
| 590 | Photo of Native Sun | | 3/28/17 |
| 591 | Photo of Native Sun | | 3/28/17 |
| 592 | Photo of Native Sun | | 3/28/17 |
| 593 | Photo of Native Sun | | 3/28/17 |
| 594 | Photo of Native Sun | | 3/28/17 |
| 595 | Photo of Native Sun | | 3/28/17 |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
[No. CR16-100RSL]
Page 9 of 10

Bell Flegenheimer
119 First Ave South, Suite 500
Seattle, WA 98104
Tel: (206) 621-8777