The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA

v.

BINGHAM FOX,
               Defendant.

ORDER
EXTENDING UNITED
STATES' DEADLINE

CR16-100 (RSL)

     THE COURT has considered the stipulated motion to extend the deadline for the United States to file a response to the Defendant's Motion for a New Trial, Doc. 183, and Motion for Acquittal, Doc. 185, and the record in this matter.  Based upon that review, the Court finds that extending the above deadline from April 17, 2017 to April 28, 2017 will afford the United States the necessary time to gather the information needed to properly respond.

     IT IS THEREFORE ORDERED that the deadline for the United States to file a response to the Defendant's Motions for a New Trial and Acquittal is extended to April 28, 2017.

     DONE this 18 day of April, 2017.

_____
Robert S. Lasnik
United States District Judge

UNITED STATES V. BINGHAM FOX.
Order Extending Deadline to Respond - 1

U.S. DEPT. OF JUSTICE
P.O. Box 7611
Washington, D.C.  20044
(202) 305-0739

1

2

3

4

5   Presented By:

6                                        JEFFREY WOOD
                                         Acting Assistant Attorney General
7                                        Environment and Natural Resources Division

8
                                         /s/ Todd W. Gleason
9                                        /s/ Stephen Da Ponte
10                                       Trial Attorneys
                                         U.S. Department of Justice
11                                       Environment and Natural Resources Division
12                                       Environmental Crimes Section

13                                       Per e-mail authorization
14                                       /s/ Barry Flegenheimer
                                         Attorney for Bingham Fox
15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES V. BINGHAM FOX.
Order Extending Deadline to Respond - 2

U.S. DEPT. OF JUSTICE
P.O. Box 7611
Washington, D.C.  20044
(202) 305-0739