Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR16-100RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND THE FILING DATE FOR RESPONSE TO GOVERNMENT'S MOTION TO UNSEAL FINANCIAL AFFIDAVIT |
| BINGHAM FOX, | |
| Defendant. | |

Having reviewed Bingham Fox's motion for to extend the filing date for response to government's motion to unseal financial affidavit,

The defendant's motion for to extend time is GRANTED. The defendant's response brief is due May 26, 2017.

DATED this 23rd day of May, 2017.

_MMS Lasnik_
Robert S. Lasnik
United States District Judge